IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal No.1:00-CR-00247 |
| | : | |
| v. | : | (Judge Caldwell) |
| | : | |
| GERALD JIVENS | : | (Electronically Filed) |
| | : | |

**CERTIFICATE OF CONCURRENCE / NON-CONCURRENCE**

The United States intends to file a separate response outlining the extent of their concurrence / non-concurrence.

Date: February 21, 2008

/s/ *Lori J. Ulrich*
LORI J. ULRICH, ESQUIRE
Assistant Federal Public Defender
Attorney ID #55626
100 Chestnut Street, Suite 306
Harrisburg, PA 17101
Tel. No. (717) 782-2237
Fax No. (717) 782-3881
<lori_ulrich@fd.org>
*Attorney for Gerald Jivens*