IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal No.1:00-CR-00247 |
| | : | |
| v. | : | (Judge Caldwell) |
| | : | |
| GERALD JIVENS | : | (Electronically Filed) |
| | : | |

## ORDER OF COURT

**AND NOW** this _____ day of _____, 2008, upon consideration of the defendant's Emergency Motion for Relief Under 18 § 3582 (c) (2),

**IT IS HEREBY ORDERED** that this motion is **GRANTED**. The defendant's sentence is amended to 95 months. If this results in a sentence of time served, Mr. Jivens should be released forthwith, effective March 3, 2008. All other aspects of the original judgment imposed June 5, 2001 remain in effect.

BY THE COURT:

_____
WILLIAM W. CALDWELL
UNITED STATES DISTRICT JUDGE